AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Maersk A/S trading as Maersk Line and Safmarin<br>*Plaintiff*<br>v.<br>Century International M&A, Inc., et al<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 21-cv-60521-SINGHAL |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/30/2021__

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __08/02/2021__

*CLERK OF COURT*

__s/Ahlai Israel__
*Signature of Clerk or Deputy Clerk*

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date __8/3/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60521-CIV-SINGHAL

MAERSK A/S trading as
Maersk Line and Safmarine,

    Plaintiff,

v.

CENTURY INTERNATIONAL M&A, INC.,
a/k/a CENTURY INTERNATIONAL, and
FAUZAN RAZZAQ, an individual,

    Defendants.
_____/



Certified to be a true and correct copy of the document on file. Angela E. Noble, Clerk, U.S. District Court, Southern District of Florida
By: _____ Deputy Clerk
Date: _____

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Order dated June 30, 2021 granting Plaintiff's Motion for Entry of Default Judgment. The Court enters this separate final judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff MAERSK A/S trading as Maersk Line and Safmarine against Defendants Century International M & A, Inc. a/k/a Century International and Fauzan Razzaq, jointly and severally, in the amount of $25,568,512.85, for which let execution issue forthwith. Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of June 2021.

                                                RAAG SINGHAL
Copies furnished to counsel via CM/ECF    UNITED STATES DISTRICT JUDGE